# EXHIBIT "C"

October 25, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In the Matter of SEABOARD SPIRIT LTD. as Owner and     Ad Interim
SEABOARD MARINE LTD. as Owner Pro Hac Vice     Stipulation for Value
for Exoneration from or Limitation of Liability

Re:     M/V SEABOARD SPIRIT
Stevedoring Accident May 4, 2011

Whereas, SEABOARD SPIRIT LTD. as owner and SEABOARD MARINE LTD. as Owner Pro Hac Vice of the M/V SEABOARD SPIRIT are instituting a proceeding (the "Action") in the United States District Court for the Southern District of Florida, Miami Division ("this Court") for exoneration from or limitation of liability, if any, in respect of damages arising out of a stevedoring accident occurring on board the M/V SEABOARD SPIRIT involving the death of longshoreman OSSIE HYMAN on or about May 4, 2011, in which proceeding Petitioner prays, among other things, that the Court upon request of any claimant cause due appraisement to be made of the value of their interests in the M/V SEABOARD SPIRIT, and that a notice may issue to all persons asserting claims, including but not limited to Antwon Hyman and Sieshia Reid-Pearson as Co-Personal Representatives of the Estate of Ossie L. Hyman, and Schateaere Roundtree-Resper Individually, and Darius Heath a minor thru his mother Deborah Jones, with respect to which the complaint seeks limitation, admonishing them to file their respective claims with the Clerk of this Court and to serve on Petitioner's attorneys a copy thereof, and that the Court enter an order restraining the beginning or prosecution of all other claims and proceedings against Petitioner or the M/V SEABOARD SPIRIT with respect to the matter in question; and

Whereas, Petitioner wishes to prevent the further prosecution of any and all proceedings and the commencement or prosecution hereafter of any and all suits, actions or legal proceedings of any nature or description whatsoever in any and all courts, and also wish to provide and ad interim stipulation for value and security for claims, pending the ascertainment of the value of the interests of the Petitioner in the M/V SEABOARD SPIRIT should a request for appraisement be made by any claimant.

Now therefore, in consideration of the premises, the United Kingdom Mutual Steamship Assurance Association (Bermuda) Limited, by its attorney-in-fact, Michael Jarrett of Thomas Miller (Americas), Inc. Harborside Financial Center, Plaza 5, Suite 2710, Jersey City, NJ 07311 hereby undertakes the sum of up to ONE MILLION FIVE HUNDRED AND EIGHTY FIVE THOUSAND DOLLARS AND ZERO CENTS ($1,585,00.00), and further undertakes that if so ordered by this Court, Petitioner will pay into the Registry of this Court, within ten days after entry of an order confirming due appraisement of the amount for value of Petitioner's interest in the M/V SEABOARD SPIRIT the amount or value of such interests as thus ascertained, or will cause

to be filed in this proceeding a bond or stipulation for value in such amount in the usual form of surety, and that pending payment into this Court of such amount or the giving of a stipulation for value thereof, this Undertaking shall stand as security for all claims in said limitation proceedings.

The United Kingdom Mutual Steamship Assurance Association (Bermuda) Limited hereby submits itself to the jurisdiction of this Court for the sole purpose of the Action and agrees to abide by all orders of the Court in the Action and to pay all amounts awarded by a final judgment rendered by the Court (after appeal, if any) in the Action, up to the principal amount of the Undertaking with interest as aforesaid, unless in the meantime the amount of the value of Petitioner's interests in the M/V SEABOARD SPIRIT shall be paid into Court by Petitioner or a stipulation for value thereof shall be given as aforesaid in which event this Undertaking shall be void.

It is understood and agreed that the execution of this undertaking by Michael Jarrett shall not be construed as being binding upon him personally, nor binding upon Thomas Miller (Americas), Inc. but is to be binding only upon The Untied Kingdom Mutual Steamship Assurance Association (Bermuda) Limited.

Very truly yours,

THE UNTIED KINGDOM MUTUAL STEAMSHIP
ASSURANCE ASSOCIATION (BERMUDA)
LIMITED

By: THOMAS MILLER (AMERICAS), INC.

By: _M. G. Ja_____

Print Name: _M.A. JARRETT_

(As Attorney-in-Fact for the above limited purpose only as authority received from The Untied Kingdom Mutual Steamship Assurance Association (Bermuda) Limited) on 25 day of October, 2011.

7339/LOU

2