**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-23841-CIV-ROSENBAUM**

IN RE:

M/V SEABOARD SPIRIT
SEABOARD SPIRIT LTD as
Owner and SEABOARD MARINE LTD as
Owner *Pro Hac Vice* of the M/V SEABOARD
SPIRIT, for exoneration from or limitation
of liability,

      Petitioners.
_____/

**FINAL JUDGMENT DISMISSING CLAIMANTS' CLAIMS AGAINST PETITIONERS**
**WITH PREJUDICE**

      This matter is before the Court on the Motion for Entry of Final Judgment Against Claimants of Petitioners Seaboard Spirit, Ltd., Seaboard Marine, Ltd., Seaboard Ship Management, Inc., and Seaboard Marine of Florida, Inc. [D.E. 134]. On September 6, 2013, the Court granted Petitioners' Motion for Summary Judgment Pursuant to its Claim for Exoneration Against the Claims of the Claimants [D.E. 88] and denied Claimants' Motion for Summary Judgment on Petitioners' Amended Petition for Exoneration or Limitation of Liability [D.E. 97]. D.E. 133.

      Accordingly, it is hereby **ORDERED and ADJUDGED** that Final Judgment dismissing with prejudice the claims of Respondents/Claimants Antwon Hyman and Sieshia Nesha Reid, as personal representatives of the estate of Ossie Hyman, against Petitioners is hereby entered; and that the Claimants take nothing by this action. The Court retains jurisdiction to determine the award of costs,

if any, to the Petitioners.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 11th day of September 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record